| Return | | |
|---|---|---|
| Case No.:<br>2:18-MJ-01456 | Date and time warrant executed:<br>7/24/2018 4:00PM (approx) | Copy of warrant and inventory left with: |

Inventory made in the presence of:
James Keenan, Postal Inspector

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

(1) Tracfone Alcatel A574BL IMEI: 014913002570636

(1) ANS cell phone w/ HEX: 990000901840902

(1) Vortex Beat 8 cell phone w/ IMEI: 358805083031393

(1) laboratory findings report w/ 2 pages

(1) laboratory findings cd w/ cell phone data extraction.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11/16/2018

*Executing officer's signature*

James Keenan, Postal Inspector
*Printed name and title*

Requestor: USPIS\BBStilger


**UNITED STATES POSTAL SERVICE**

Forensic Laboratory Examination Report
Forensic Laboratory Services
5335 East La Palma Avenue
Anaheim, CA 92899-9001

October 19, 2018

Case No. 2530136-IMT - Lab File No. 9-523-014629(12)
Type of Examination: Cell Phone
Request Date(s): 07-30-2018

J. M. Keenan
Postal Inspector
1055 N. Vignes St
Los Angeles, CA 90012

EXAMINATIONS:
Examine Exhibits 38, 39 and 40. Extract all available data, extract text messages, contacts an call logs, other data should be reviewed per the search warrant protocols.

FINDINGS AND OPINIONS:
All available data was extracted from Exhibit 38, 39 and 40. The pictures and videos were reviewed per the search protocols, other data was provided and reports were created and copied to a findings disk. A copy of this report, FLER 14629(12).PDF, has been placed on the findings disk with operating hyperlinks to the exported files.

**Exhibit 38** is a Tracfone Alcatel A574BL IMEI 014913002570636
Click here to view the forensic reports. Double click UFEDReader.exe to view.

**Exhibit 39** is an ANS UL40 MEID HEX 990000901840902
Click here to view the forensic reports. Double click UFEDReader.exe to view.

**Exhibit 40** is a Vortex Beat 8 IMEI 358805083031393
Click here to view the forensic reports. Double click UFEDReader.exe to view.

REMARKS:
Exhibits 38, 39 and 40 remain in Airplane mode in the event the phones need to be further reviewed for data that was not recovered by this laboratory.
The findings disc will be returned with a copy of this report. It should not be viewed on a computer connected to the Internet. The files may contain links to external data.



If court testimony is required, the undersigned should be contacted at least three weeks prior to trial to enable suitable preparation and to avoid possible conflict with other anticipated commitments.

EXHIBITS:
Exhibits 38, 39 and 40 were received in the Anaheim Digital Evidence Unit on 7/30/18 and will be returned via Express Mail. The extracted data from Exhibits 38, 39 and 40 was created as secondary evidence and is being transferred to the requesting Inspector with this report via Express Mail.

*Beau Stilger*

Bradley B. Stilger
Forensic Computer Analyst, Sr.
Telephone: 714-701-2805
Fax: 714-779-6855

| Barcode | Exhibit Number | Description |
|---|---|---|
| IS0001226345 | | Archived secondary evidence 9-523-014629(12) extracted data :Exhibits 38, 39, 40 |
| IS0001296235 | 38 | a black Alcatel cell phone with a cracked front screen bearing Model: A574BL and IMEI: 014913002570636. |
| IS0001314436 | 39 | a gray ANS cell phone bearing model UL40 and Hex ID: 99000090184902 |
| IS0001357018 | 40 | A black Vortex cell phone bearing Model: Beat8 and IMEI: 358805083031393 |

